UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| COASTAL JERSEY HOLDINGS, LLC, | 1:22-cv-02024-NLH-EAP |
| Plaintiff, | **JUDGMENT** |
| v. | |
| JAMES GIORDANO and DENNIS MIHALATOS | |
| Defendants. | |

IT IS on this 3rd day of January, 2024

**ORDERED** that **JUDGMENT** shall be, and hereby is, entered in favor of Plaintiff Coastal Jersey Holdings, LLC, and against Defendants Dennis Mihalatos and James Giordano, in the amount of $125,000.00 in liquidated damages and $547.82 in prejudgment interest for a total amount of $125,547.82.

At Camden, New Jersey

s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.